ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT COURT DISTRICT OF TEXAS
FILED
MAR 20 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:19-CR-019-O |
| FAIZAL SABAR (02) a/k/a "Brian Pimentel" JOSHUA GLAZE (03) | (Supersedes Indictment filed on January 16, 2019 adding defendants Sabar and Glaze only) |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Commit Sex Trafficking
### (Violation of 18 U.S.C. §1594(c))

From on or about December 1, 2017 through on or about December 15, 2017, the exact dates being unknown to the Grand Jury, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Faizal Sabar**, also known as Brian Pimentel, and **Joshua Glaze** knowingly entered into an agreement to recruit, entice, harbor, transport, provide, obtain and maintain by any means, in an affecting interstate commerce, victim AV1, knowing and in reckless disregard of the fact that force, threats of force, fraud and coercion and any combination of such means would be used to cause victim AV1 to engage in a commercial sex act, and **Faizal Sabar**, also known as Brian Pimentel, and **Joshua Glaze** knew of the unlawful purpose of the agreement, and they joined into the agreement willfully, that is, with the intent to further its unlawful purpose.

In violation of 18 U.S.C. §1594(c).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
DOUGLAS A. ALLEN
Assistant United States Attorney
Texas State Bar No. 24011525
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone:  817-252-5200
Facsimile:   817-252-5455

**Superseding Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

FAIZAL SABAR
a/k/a "Brian Pimentel" (02)
JOSHUA GLAZE (03)

SUPERSEDING INDICTMENT

18 U.S.C. §1594(c)
Conspiracy to Commit Sex Trafficking
1 Count

A true bill rendered

FORT WORTH                                                    FOREPERSON

Filed in open court this 20th day of March, 2019.

**Defendant (02) in Federal Custody as of January 30, 2019**
**Defendant (03) in Federal Custody as of January 22, 2019**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:18-MJ-781-BJ